# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1141
Lower Tribunal No. 20-25168
_____

**Publix Super Markets, Inc.,**
Petitioner,

vs.

**Ariane Gutierrez, etc.,**
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Bleakley Bavol Denman & Grace, and Robert J. Grace, Jr., Grant W. Kindrick, and Victoria M. McLaughlin (Tampa); Shutts & Bowen LLP, and Jason Gonzalez and Amber S. Nunnally (Tallahassee); Wicker, Smith, O'Hara, McCoy & Ford, P.A., and Jason A. Glusman and William Bromley (Fort Lauderdale); Shutts & Bowen LLP, and Elise M. Engle (Tampa); Shutts & Bowen LLP, and Julissa Rodriguez, for petitioner.

Stewart Tilghman Fox Bianchi & Cain, P.A., and Michael Levine and A. Dax Bello, for respondent.

Before EMAS, LOGUE, and LOBREE, JJ.

PER CURIAM.

Dismissed. <u>Fla. Power & Light Co. v. Cook</u>, 277 So. 3d 263, 264 (Fla. 3d DCA 2019) ("To grant certiorari relief, there must be: '(1) a material injury in the proceedings that cannot be corrected on appeal (sometimes referred to as irreparable harm); and (2) a departure from the essential requirements of the law.'" (quoting <u>Nader v. Fla. Dep't of Highway Safety & Motor Vehicles</u>, 87 So. 3d 712, 721 (Fla. 2012))).